## CITATION
### PETITION FOR DAMAGES, REQUEST FOR NOTICE, AND EXHIBITS

*STRICKLAND, DAVID*

*Vs.*

*STATE FARM FIRE AND CASULATY COMPANY*

*Case: 000000182691*
*Division: C*
*21st Judicial District Court*
*Parish of Livingston*
*State of Louisiana*

**PLEASE SERVE:**

**STATE FARM FIRE AND CASULATY COMPANY**
Through its registered Agent:
Via its registered agent:
Louisiana Secretary of State 8585 Archives
Avenue Baton Rouge, LA 70809

*of  EAST BATON ROUGE Parish*

**YOU ARE HEREBY SUMMONED** to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, the 21st Judicial District Court in and for the Parish of Livingston, State of Louisiana, within TWENTY-ONE(21)  days after the service hereof, under penalty of default.

**WITNESS MY HAND AND SEAL OF OFFICE AT LIVINGSTON, LOUISIANA, ON APRIL 29, 2024.**

SERVED ON
NANCY LANDRY

MAY 17 2024

SECRETARY OF STATE
COMMERCIAL DIVISION

*Clerk of Court*
*21st Judicial District*
*Parish of Livingston*

**G.LAICHE**_____
*Deputy Clerk of Court*

*Attorney*
LUCAS A. SCHENK
1280 DEL ESTE AVE.
DENHAM SPRINGS, LA 70726

### *Service Information*

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

DUE & DILIGENT UNABLE TO SERVE BECAUSE:_____

_____

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service      $_____

Mileage      $_____           By: _____
                                        *Deputy Sheriff*

Total        $_____

[ SERVICE ]

STATE FARM EXHIBIT A PAGE 1

*Service*
*X*
CIVIL  182691 - C

DAVID STRICKLAND

VERSUS

STATE FARM FIRE AND CASUALTY
COMPANY

DOCKET NO.:

**Livingston**
**JASON B. HARRIS**
Kristie Aime
Suit# C-182691 C
E-Filed on: 4/26/24 02:23 PM
Filed on: 4/26/24 02:53 PM
# of Pages:2

21ST JUDICIAL DISTRICT COURT

PARISH OF LIVINGSTON

STATE OF LOUISIANA

---

PETITION FOR DAMAGES

---

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff DAVID STRICKLAND, a natural person of full age and majority, domiciled in the Parish of Livingston, State of Louisiana, who hereby respectfully represent:

1.

Made Defendant herein is STATE FARM FIRE AND CASUALTY COMPANY, a foreign Insurer authorized to do and doing business in the State Louisiana. Jurisdiction and venue are proper in this Court, pursuant to Louisiana Code of Civil Procedure articles 76 and 76.1 because the loss under the insurance policy was sustained in Livingston Parish.

2.

Plaintiff owns and has owned at all pertinent times herein the property and contents at 7801 Denham Chase Avenue, Denham Springs, Louisiana 70726.

3.

On or about June 20, 2023, a large storm occurred in Denham Springs, Louisiana. As a direct of the storm, the structure of the insured suffered significant wind and hail damages.

4.

On or about January 29, 2024, Defendant was provided a "Proof of Loss" for the damages sustained as the subject property was inspected by agents of State Farm. Defendant was provided with a further inspection and estimate from Clear Cut Claims, detailing damage along with photographs of damage and a line by line valuation of repairs. (See Report and Estimate as Exhibit A.).

5.

Defendant failed to make full and timely payment pursuant to the provisions of La. R.S. 22:1973 & La. R.S. 22:1892.



E-FILED
STATE FARM EXHIBIT A PAGE 2

6.

Pursuant to La. R.S. 22:1892, the insurer has thirty (30) days within which to make payment on a claim after receiving satisfactory proof of loss. Defendant has failed to make full payment on the claim despite receiving satisfactory proof of claim on or before January 29, 2024. Defendant further denied the claim entirely.

7.

Defendant's failure to pay on the claim is arbitrary, capricious and in bad faith and constitutes a vexatious conduct on the part of the insurer.

8.

As a result of Defendant's arbitrary, capricious and bad faith failure to pay on the claims subjects it to penalties and attorney fees La. R.S. 22:1973 & La. R.S. 22:1892.

9.

WHEREFORE, plaintiff DAVID STRICKLAND prays that after the expiration of all legal delays and due proceedings are had, there be a judgment rendered herein in the plaintiffs' favor and against defendant, STATE FARM FIRE AND CASUALTY COMPANY, for the full limits of coverage under Policy # 18CFC2700, for penalties in the amount of 100% of the outstanding amounts due and owing under La R.S. 22:1973 and for attorney fees as provided for under La. R.S. 22:1892 and other relevant and appropriate statutes, all damages that are reasonable in the premises, attorney fees, costs, expenses, legal interest from the date of judicial demand, and for all general and equitable relief as this Court deems fit.

RESPECTFULLY SUBMITTED:

BOYER, HEBERT & ANGELLE, LLC

By: _____

LUCAS A. SCHENK, #39330
MARK D. BOYER, #26209
1280 Del Este Avenue
Denham Springs, LA 70726
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
Email: lschenk@bhalawfirm.com
Email: mboyer@bhalawfirm.com
*Attorneys for David Strickland*

**PLEASE SERVE:**

**STATE FARM FIRE AND CASUALTY COMPANY**
Through its registered Agent:
Via its registered agent:
Louisiana Secretary of State 8585 Archives
Avenue Baton Rouge, LA 70809

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this_____ 4-29 20 24
G. Gautier
Deputy Clerk of Court

Livingston
**JASON B. HARRIS**
Kristie Aime
Suit# C-182691 C
E-Filed on: 4/26/24 02:23 PM
182691 C
**DOCKET NO.:** Filed on: 4/26/24 02:53 PM
# of Pages:1

**DAVID STRICKLAND**

**VERSUS**

**STATE FARM FIRE AND CASUALTY
COMPANY**

**21ST JUDICIAL DISTRICT COURT**

**PARISH OF LIVINGSTON**

**STATE OF LOUISIANA**

<u>**REQUEST FOR NOTICE**</u>

In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby requested to provide the undersigned, as counsel for Plaintiff, David Strickland, request written notice, by mail, ten (10) days in advance of the date fixed for trial of this case, whether on exceptions, rules or the merits thereof. In accordance with the provisions of the Louisiana Code of Civil Procedure, you are hereby additionally requested to send undersigned counsel immediate notice of any order made or judgment rendered in this case upon the entry of such order or judgment.

RESPECTFULLY SUBMITTED:

**BOYER, HEBERT & ANGELLE, LLC**

By: _____
**LUCAS A. SCHENK, #39330**
**MARK D. BOYER, #26209**
1280 Del Este Avenue
Denham Springs, LA 70726
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
Email: <u>lschenk@bhalawfirm.com</u>
Email: <u>mboyer@bhalawfirm.com</u>
*Attorneys for David Strickland*



STATE FARM EXHIBIT A PAGE 4



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | | | |
|---|---|---|---|
| | | **Livingston** | |
| | | **JASON B. HARRIS** | |
| | | **Kristie Aime** | |
| | | **Suit# C-182691 C** | |
| | | **E-Filed on: 4/26/24 02:23 PM** | |
| | | **Filed on: 4/26/24 02:53 PM** | |
| | | **# of Pages:30** | |

| Insured: | David Strickland |
|---|---|
| Property: | 7801 Denham Chase Ave |
| | Denham Springs, LA 70726 |

| Estimator: | Thomas Doucet | | Business: | (225) 907-5065 |
|---|---|---|---|---|
| Company: | Clear Cut Claims | | E-mail: | tdoucet24@gmail.com |

| Claim Number: | 1862F093P | Policy Number: | 18CFC2700 | Type of Loss: | hail and wind damage |
|---|---|---|---|---|---|

| Date of Loss: | 6/20/2023 12:00 AM | Date Received: | |
|---|---|---|---|
| Date Inspected: | 4/17/2024 9:00 AM | Date Entered: | 4/17/2024 2:41 PM |

| Price List: | LABR8X_APR24 |
|---|---|
| | Restoration/Service/Remodel |
| Estimate: | DAVID_STRICKLAND |

| **EXHIBIT** |
|---|
| **A** |



STATE FARM EXHIBIT A PAGE 5



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

DAVID_STRICKLAND

### Dwelling Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Gutter guard/screen - High grade - Detach & reset | 69.00 LF | 0.00 | 11.30 | 0.00 | 155.94 | 935.64 |
| 2. Gutter / downspout - aluminum - 6" | 69.00 LF | 0.73 | 13.00 | 48.86 | 199.26 | 1,195.49 |
| - gutters secured with fasteners through drip edge | | | | | | |
| 3. Tear off, haul and dispose of comp. shingles - Laminated | 56.84 SQ | 163.50 | 0.00 | 0.00 | 1,858.66 | 11,152.00 |
| 4. Clean deck sheathing | 5,684.00 SF | 0.00 | 0.42 | 4.80 | 478.42 | 2,870.50 |
| 5. Water barrier joint taping - Mod. bitumen - 4" seam tape | 5,684.00 SF | 0.00 | 0.32 | 33.62 | 370.50 | 2,223.00 |
| 6. Re-nailing of roof sheathing - complete re-nail | 5,684.00 SF | 0.00 | 0.29 | 4.80 | 330.64 | 1,983.80 |
| 7. Roofing felt - 30 lb. | 56.84 SQ | 0.00 | 43.53 | 62.73 | 507.40 | 3,044.38 |
| 8. Laminated - comp. shingle rfg. - w/out felt | 65.67 SQ | 0.00 | 276.89 | 731.54 | 3,782.98 | 22,697.89 |
| 9. Asphalt starter - universal starter course | 496.08 LF | 0.00 | 2.28 | 25.57 | 231.34 | 1,387.97 |
| 10. Continuous ridge vent - shingle-over style | 157.25 LF | 2.81 | 11.07 | 62.19 | 448.98 | 2,693.80 |
| 11. Hip / Ridge cap - Standard profile - composition shingles | 192.75 LF | 3.29 | 6.41 | 47.07 | 383.36 | 2,300.11 |
| 12. Drip edge/gutter apron | 496.08 LF | 0.48 | 3.19 | 53.24 | 374.76 | 2,248.62 |
| 13. Valley metal | 67.58 LF | 1.96 | 6.80 | 14.45 | 121.30 | 727.75 |
| 14. Step flashing | 82.25 LF | 0.00 | 11.71 | 13.97 | 195.44 | 1,172.56 |
| 15. Flashing - pipe jack | 4.00 EA | 23.46 | 57.16 | 6.37 | 65.76 | 394.61 |
| 16. Roof vent - turtle type - Metal | 1.00 EA | 29.95 | 75.05 | 2.02 | 21.42 | 128.44 |
| 17. Furnace vent - rain cap and storm collar, 5" | 2.00 EA | 15.54 | 80.53 | 5.82 | 39.60 | 237.56 |
| 18. Furnace vent - rain cap and storm collar, 6" | 1.00 EA | 15.54 | 87.71 | 3.52 | 21.34 | 128.11 |
| 19. Additional charge for steep roof - 7/12 to 9/12 slope | 56.84 SQ | 0.00 | 53.65 | 0.00 | 609.90 | 3,659.37 |
| 20. Additional charge for steep roof - 7/12 to 9/12 slope | 56.84 SQ | 46.58 | 0.00 | 0.00 | 529.52 | 3,177.13 |
| 21. Digital satellite system - Detach & reset | 1.00 EA | 0.00 | 140.09 | 0.00 | 28.02 | 168.11 |
| 22. Digital satellite system - alignment and calibration only | 1.00 EA | 0.00 | 155.61 | 0.00 | 31.12 | 186.73 |

**IRC R908.5 Reinstallation of Materials**
*Existing slate, clay or cement tile shall be permitted for reinstallation, except that damaged, cracked or broken slate or tile shall not be reinstalled. Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated. Aggregate surfacing materials shall not be reinstalled.*

DAVID_STRICKLAND                                    4/19/2024                    Page: 2

STATE FARM EXHIBIT A PAGE 6



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

CONTINUED - Dwelling Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

**IRC R903.2 Flashing**
*Flashings shall be installed in a manner that prevents moisture from entering the wall and roof through joints in copings, through moisture permeable materials and at intersections with parapet walls and other penetrations through the roof plane.*
**IRC R905.2.3 Underlayment**
*Underlayment shall comply with Section R905.1.1.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Dwelling Roof | | | | 1,120.57 | 10,785.66 | 64,713.57 |



**Right Elevation**      **Formula Elevation 44' x 0" x 12' 9 15/16"**

| | |
|---|---|
| 282.22 SF Walls | 44.00 LF Floor Perimeter |
| 282.22 SF Long Wall | 282.22 SF Short Wall |
| 50.93 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 23. Siding - vinyl | 456.22 SF | 0.62 | 4.90 | 82.11 | 520.10 | 3,120.55 |
| - to replace flashing | | | | | | |
| Totals: Right Elevation | | | | 82.11 | 520.10 | 3,120.55 |



**Left Elevation**      **Formula Elevation 44' x 0" x 12' 9 15/16"**

| | |
|---|---|
| 282.22 SF Walls | 44.00 LF Floor Perimeter |
| 282.22 SF Long Wall | 282.22 SF Short Wall |
| 50.93 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24. Siding - vinyl | 456.22 SF | 0.62 | 4.90 | 82.11 | 520.10 | 3,120.55 |
| - to replace flashing | | | | | | |
| Totals: Left Elevation | | | | 82.11 | 520.10 | 3,120.55 |

STATE FARM EXHIBIT A PAGE 7



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065



| Rear Elevation | | Formula Elevation 16' x 8' x 4' 8" | |
|---|---|---|---|
| 165.33 SF Walls | | 16.00 LF Floor Perimeter | |
| 165.33 SF Long Wall | | 165.33 SF Short Wall | |
| 18.52 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 25. Siding - vinyl | 165.33 SF | 0.62 | 4.90 | 29.76 | 188.48 | 1,130.86 |
| *- to replace flashing* | | | | | | |
| Totals: Rear Elevation | | | | 29.76 | 188.48 | 1,130.86 |

| General Conditions | | | | | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
| 26. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 605.00 | 0.00 | 0.00 | 121.00 | 726.00 |
| *- for siding debris* | | | | | | |
| 27. Residential Supervision / Project Management - per hour | 24.00 HR | 0.00 | 74.46 | 0.00 | 357.40 | 2,144.44 |
| *- 3 days x 8 hours (estimated project length)* | | | | | | |
| 28. Fall protection harness and lanyard (per week) | 10.00 WK | 0.00 | 22.00 | 0.00 | 44.00 | 264.00 |
| *- 8-10 man crew* | | | | | | |
| 29. Roofer - per hour | 12.00 HR | 0.00 | 151.04 | 0.00 | 362.50 | 2,174.98 |
| *- Labor required to move tarps to landscaping, pool, and contents from reroofing construction; labor to move exterior contents; as well as the additional time to run magnet to ensure that all loose nails have been picked up to prevent the liability of a person stepping on a nail* | | | | | | |
| 30. Tarp - all-purpose poly - per sq ft (labor and material) | 1,800.00 SF | 0.00 | 0.31 | 47.15 | 121.04 | 726.19 |
| *- Tarps used around building for tear off and the collection of materials and carrying to waste receptacle* | | | | | | |

DAVID_STRICKLAND                                          4/19/2024          Page: 4

STATE FARM EXHIBIT A PAGE 8



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

**CONTINUED - General Conditions**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

OSH Act - Public Law 91-596 requires all private sector employers (general contractors and sub-contractors) comply with OSHA rules and regulations in all fifty states. The Code of Federal Regulations
(CFR) Title 29 Part 1926 Construction Industry and Title 29 part 1910 General Industry are federal laws that requires certain protocols are in place to prevent work related injuries and illness, particular fall hazards which are the leading cause of injuries and deaths on construction sites.

29 CFR 1926 Subpart M requires that employers protect workers exposed to falls six feet or more above the lower level (1926.502d16iii). This particular job has a roof that is well six feet, thus requires either protected scaffolding, guard rails, safety net systems, and/or fall personal fall arrest systems (PFAS) be put in place (1926.502). PFAS Personal Fall Arrest System includes an approved anchor (rated 5000lbs), harness, lifeline, carabiner, D-ring, etc (1910.140 & 1926.502d15), and appears to be the least expensive option for this particular construction.

Each construction site requires a supervisor to access and determine if hazards are present, create a safety protocol, ensure that all employees are properly trained in utilizing the personal protection equipment, and to ensure fall protection equipment is used and maintained correctly (1926.502d20 and 1910.132(d)). OSHA also requires that employers utilize warning signs for falling debris and worksite safety (29 CFR 1926.59 and 1910.12001910.1200). As this is a residential project, a residential project manager is required.

1926.501 Duty to have fall protection
1926.502 Fall Protection Systems criteria and practices
1926.503 Fall protection training requirements
1910.140 Supervision
1926.1053 Ladder safety
1926.1060 Ladder training requirements
1926.100 Head Protection
1926.102 Ear and eye protection
1910.132 Personal Protection Equipment
1926.451 General scaffold requirements
1926.20 General Safety and Health Provisions
1926.1200 Hazard Communication

Willful violation ranges from a minimum fine of $5,000 up to $70,000 per violation, per person.
Failure to abate OSHA violations are $7,000 per day if the contractor does not correct the violation.
Falsifying or altered documentation that is required by OSHA is $10,000 and 6 months in jail.
Criminal violations are upwards of $250,000 to $500,000, and up to 6 months in jail.

| Totals: General Conditions | | | | 47.15 | 1,005.94 | 6,035.61 |
|---|---|---|---|---|---|---|
| **Line Item Totals: DAVID_STRICKLAND** | | | | **1,361.70** | **13,020.28** | **78,121.14** |

### Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 729.77 | SF Walls | 0.00 | SF Ceiling | 729.77 | SF Walls and Ceiling |
| 0.00 | SF Floor | 0.00 | SY Flooring | 104.00 | LF Floor Perimeter |
| 729.77 | SF Long Wall | 729.77 | SF Short Wall | 120.39 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

DAVID_STRICKLAND                                    4/19/2024          Page: 5

STATE FARM EXHIBIT A PAGE 9



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 63,739.16 |
| Material Sales Tax | 1,361.70 |
| Subtotal | 65,100.86 |
| Overhead | 6,510.14 |
| Profit | 6,510.14 |
| **Replacement Cost Value** | **$78,121.14** |
| **Net Claim** | **$78,121.14** |

Thomas Doucet

DAVID_STRICKLAND                                  4/19/2024        Page: 6

STATE FARM EXHIBIT A PAGE 10



**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.45%) | Manuf. Home Tax (8.45%) | Cleaning Mat'l Tax (8.45%) | Fabric Cleaning Tax (8.45%) | Storage Tax (8.45%) | Local Food Tax (4%) |
|---|---|---|---|---|---|---|---|---|
| Line Items | 6,510.14 | 6,510.14 | 1,361.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 6,510.14 | 6,510.14 | 1,361.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

DAVID_STRICKLAND                                             4/19/2024        Page: 7

STATE FARM EXHIBIT A PAGE 11

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**1-Residence**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

7801 Denham Chase Ave Denham
Springs, LA. 70726



**2-Address Verification**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

7801 Denham Chase Ave Denham
Springs, LA. 70726

STATE FARM EXHIBIT A PAGE 12

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 3-Layers**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

1 layer with oversized drip edge/gutter apron



**Dwelling Roof - 4-Layers**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Guard screens will require manipulation to facilitate roof replacement

Photo Sheet                                - 2 -                                4/19/2024

STATE FARM EXHIBIT A PAGE 13

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 5-Layers**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Gutters fastened through drip edge will require manipulation to facilitate roof replacement



**Dwelling Roof - 6-Layers**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Valley metal present on the roofing system

---

Photo Sheet                                         - 3 -                                         4/19/2024

STATE FARM EXHIBIT A PAGE 14

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 7-Pitch Gauge**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Predominant 7/12 pitch



**Dwelling Roof - 8-Shingle Gauge**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

30 yr laminate shingles

Photo Sheet                    - 4 -                    4/19/2024

STATE FARM EXHIBIT A PAGE 15

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 9-Aerial Overview**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of roof system



**Dwelling Roof - 10-Front Overview**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of roof system

STATE FARM EXHIBIT A PAGE 16

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 11-Right Overview**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of roof system



**Dwelling Roof - 12-Rear Overview**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of roof system

STATE FARM EXHIBIT A PAGE 17

Case 3:24-cv-00489-SDD-EWD    Document 1-1    06/14/24   Page 18 of 38

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 13-Left Overview**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of roof system



**Dwelling Roof - 14-Metal Component**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

View of hail impacts

STATE FARM EXHIBIT A PAGE 18

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 15-Metal Component**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

View of hail impacts



**Dwelling Roof - 16-Metal Component**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

View of hail impacts

Photo Sheet                    - 8 -                    4/19/2024

STATE FARM EXHIBIT A PAGE 19

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

Insured:    David Strickland

Claim #:    1862F093P

Policy #:   18CFC2700



**Dwelling Roof - 17-Ridge**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Shingle overstyle ridge vent



**Dwelling Roof - 18-Ridge**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

View of hail hits on ridge

STATE FARM EXHIBIT A PAGE 20

# Photo Sheet

Clear Cut Claims

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 19-Ridge**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike



**Dwelling Roof - 20-Ridge**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike

STATE FARM EXHIBIT A PAGE 21

# Photo Sheet

**Clear Cut Claims**

**15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065**

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 21-Ridge**

Date Taken: 4/17/2024

Taken By:  Thomas Doucet

View of wind damage to ridge



**Dwelling Roof - 22-Ridge**

Date Taken: 4/17/2024

Taken By:  Thomas Doucet

View of wind damage to ridge

Photo Sheet                                    - 11 -                                    4/19/2024

STATE FARM EXHIBIT A PAGE 22

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 23-Front Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Overview of test square



**Dwelling Roof - 24-Front Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Inspection revealed 10+ HPS

Photo Sheet                    - 12 -                    4/19/2024

STATE FARM EXHIBIT A PAGE 23

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 25-Front Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike



**Dwelling Roof - 26-Front Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike

| | | |
|---|---|---|
| Photo Sheet | - 13 - | 4/19/2024 |

STATE FARM EXHIBIT A PAGE 24

# Photo Sheet

**Clear Cut Claims**

**15150 Port Hudson Pride Rd**
**Pride, LA. 70770**
**225.907.5065**

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 27-Front Slope**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Close up of hail strike



**Dwelling Roof - 28-Back Slope**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Overview of test square

Photo Sheet                          - 14 -                          4/19/2024

STATE FARM EXHIBIT A PAGE 25

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 29-Back Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Inspection revealed 10+ HPS



**Dwelling Roof - 30-Back Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike

Photo Sheet    - 15 -    4/19/2024

STATE FARM EXHIBIT A PAGE 26

# Photo Sheet

**Clear Cut Claims**

**15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065**

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 31-Back Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike



**Dwelling Roof - 32-Back Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike

Photo Sheet                                    - 16 -                                    4/19/2024

STATE FARM EXHIBIT A PAGE 27

# Photo Sheet

**Clear Cut Claims**

**15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065**

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 33-Back Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike



**Dwelling Roof - 34-Left Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Overview of test square

STATE FARM EXHIBIT A PAGE 28

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 35-Left Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Inspection revealed 10+ HPS



**Dwelling Roof - 36-Left Slope**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Close up of hail strike

Photo Sheet                             - 18 -                                    4/19/2024

STATE FARM EXHIBIT A PAGE 29

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 37-Left Slope**

Date Taken: 4/17/2024

Taken By: Thomas Doucet

Close up of hail strike



**Dwelling Roof - 38-Right Slope**

Date Taken: 4/17/2024

Taken By: Thomas Doucet

Overview of test square

STATE FARM EXHIBIT A PAGE 30

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

Insured:  David Strickland
Claim #:  1862F093P
Policy #:  18CFC2700



**Dwelling Roof - 39-Right Slope**

Date Taken: 4/17/2024

Taken By:  Thomas Doucet

Inspection revealed 10+ HPS



**Dwelling Roof - 40-Right Slope**

Date Taken: 4/17/2024

Taken By:  Thomas Doucet

Close up of hail strike

Photo Sheet                    - 20 -                    4/19/2024

STATE FARM EXHIBIT A PAGE 31

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 41-Right Slope**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Close up of hail strike



**Dwelling Roof - 42-Right Slope**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Close up of hail strike

STATE FARM EXHIBIT A PAGE 32

# Photo Sheet

**Clear Cut Claims**

15150 Port Hudson Pride Rd
Pride, LA. 70770
225.907.5065

| | |
|---|---|
| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 43-Flashing**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Siding will be involved in flashing replacement



**Dwelling Roof - 44-Flashing**

Date Taken: 4/17/2024

Taken By:   Thomas Doucet

Siding will be involved in flashing replacement

Photo Sheet                          - 22 -                          4/19/2024

STATE FARM EXHIBIT A PAGE 33

# Photo Sheet

**Clear Cut Claims**

**15150 Port Hudson Pride Rd**
**Pride, LA. 70770**
**225.907.5065**

| Insured: | David Strickland |
| Claim #: | 1862F093P |
| Policy #: | 18CFC2700 |



**Dwelling Roof - 45-Flashing**

Date Taken: 4/17/2024

Taken By:    Thomas Doucet

Siding will be involved in flashing
replacement

---

Photo Sheet                        - 23 -                        4/19/2024

STATE FARM EXHIBIT A PAGE 34

Randy P. Angelle
Mark D. Boyer
Bart J. Hebert
F. Dominic Amato



**BOYER
HEBERT
ANGELLE**

*Attorneys and Counselors at Law (A Limited Liability Company)*

*(Please reply to the Denham Springs office)*

Christi R. Hemphill
J. Brent Barry
Jerry L. Denton, Jr.
Steven J. Diebold
Lucas A. Schenk

**Livingston
JASON B. HARRIS
Kristie Alme
Suit# C-182691 C
E-Filed on: 4/26/24 02:23 PM
Filed on: 4/26/24 02:53 PM
# of Pages:1**

April 26, 2024

<u>VIA E-FILING</u>
Clerk of Court
Parish of Livingston

      RE:    David Strickland vs. State Farm Fire and Casualty Company
              Docket No.:    21st JDC, Parish of Livingston
              BHA No.: 61.031

Dear Sir/Madam:

      Please find enclosed a Petition for Damages for filing. Please file the original into the suit record and thereafter conform stamp one copy and serve a copy as indicated. If you have any questions, please do not hesitate to contact me.

      With best wishes, and kindest personal regards, I am

      Sincerely,

      **BOYER, HEBERT & ANGELLE, LLC**

      Lucas A. Schenk
      lschenk@bhalawfirm.com

LAS/bs
enclosures

401 East Mills Avenue | Breaux Bridge, LA 70517  Phone: (337)332-0616  Fax: (337)332-0633
1280 Del Este Avenue | Denham Springs, LA 70726  Phone: (225)664-4335  Fax: (225)664-4490
BHALAWFIRM.COM

STATE FARM EXHIBIT A PAGE 35

## State of Louisiana
## Secretary of State

05/20/2024

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA  70801

Suit No.: 182691
21ST JUDICIAL DISTRICT COURT
LIVINGSTON PARISH

DAVID STRICKLAND
vs
STATE FARM FIRE & CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on:  NANCY LANDRY
Served by:  B GARAFOLA

Date: 05/17/2024
Title:  DEPUTY SHERIFF

No: 1328840

JN



STATE FARM EXHIBIT A PAGE 36

**NANCY LANDRY**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA  70804-9125**





9489 0090 0027 6567 7163 29

FIRST CLASS



STATE FARM EXHIBIT A PAGE 37



null / ALL
**Transmittal Number: 29150075**
**Date Processed: 05/21/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire & Casualty Company |
| **Title of Action:** | David Strickland vs. State Farm Fire And Casualty Company |
| **Matter Name/ID:** | David Strickland vs. State Farm Fire And Casualty Company (15733098) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Livingston Parish District Court, LA |
| **Case/Reference No:** | 182691 C |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 05/21/2024 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | LA SOS on 05/17/2024 |
| **How Served:** | Certified Mail |
| Sender Information: | Boyer, Hebert & Angelle, LLC<br>337-332-0616 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com